Ruby Bensabott, plaintiff in error, v. Chicago Arena Company, defendant in error. Gen. No. 25,371.

Action to recover for personal injury by being knocked down in skating rink. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Miller, Starr, Brown, Packard & Peckham, for plaintiff in error; Thomas McCall, of counsel. Zimmerman, Mack & Garrett, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

Morris Lande and Eli Lande, appellees, v. Morris Wolf et al., appellants. Gen. No. 25,378.

Suit to enjoin defendants from carrying on a business competing with complainants. Decree against one defendant only. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed January 26, 1920. Rehearing denied February 9, 1920.

George Remus, for appellants. Bernard J. Brown, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. William E. McGovern, impleaded, plaintiff in error. Gen. No. 25,385.

Prosecution for illegally voting at general election. Judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed January 26, 1920.

Stedman, Soelke & Johnson, for plaintiff in error. Maclay Hoyne, Edward E. Wilson and John Prystalski, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. William E. McGovern, impleaded, plaintiff in error. Gen. No. 25,386.

Prosecution for illegally voting at primary election. Judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed January 26, 1920.

Stedman, Soelke & Johnson, for plaintiff in error. Maclay Hoyne, Edward E. Wilson and John Prystalski, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

Joseph J. O'Connor, appellee, v. John Schatanus, appellant. Gen. No. 25,397.

Action to recover attorney's fee. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed January 26, 1920.

Vincent D. Wyman, Harry C. Kinne and Charles E. Carpenter, for appellant. Peden, Kahn & Murphy, for appellee; James G. Skinner, Esq., of counsel.

Mr. Justice Holdom delivered the opinion of the court.